## CLAY v. YOUNG.

### No. 6911.

Circuit Court of Appeals, Third Circuit.

March 23, 1939.

964

John W. Griggs, of Hackensack, for appellant.

Charles H. Roemer, of Paterson, for appellee.

Before BIGGS, MARIS, and BUF-FINGTON, Circuit Judges.

PER CURIAM.

The appeal at bar is without merit. Accordingly the decree by the District Court granting the discharge of the bankrupt is affirmed.